```
 1  RICHARD J. DOREN, SBN 124666
        rdoren@gibsondunn.com
 2  HEATHER L. RICHARDSON, SBN 246517
        hrichardson@gibsondunn.com
 3  GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
 4  Los Angeles, CA  90071-3197
    Telephone: 213.229.7000
 5  Facsimile:  213.229.7520

 6  GEOFFREY M. SIGLER (pro hac vice)
        gsigler@gibsondunn.com
 7  GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Ave., N.W.
 8  Washington, D.C. 20036-5306
    Telephone: 202.955.8500
 9  Facsimile:  202.467.0539

10  Attorneys for Defendant,
    AETNA LIFE INSURANCE COMPANY
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F.;<br><br>  Plaintiffs,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>  Defendant. | CASE NO. CV-12-2819-MMC<br><br>**[PROPOSED ORDER] GRANTING JOINT STIPULATION REGARDING THE FILING OF DOCUMENTS APPLICABLE TO ALL RELATED CASES**<br><br>The Hon. Maxine M. Chesney<br><br>Third Amended Complaint Filed: 04/13/2016 |
| KIM B. and AVIVA B.<br><br>  Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>  Defendant. | CASE NO. 3:16-cv-01395-MMC<br><br>Complaint Filed: 03/22/2016 |

Note: "[PROPOSED" and "]" shown with strikethrough around "PROPOSED".

| | |
|---|---|
| ALISON B. and DANIEL B. | CASE NO. 3:16-cv-01398-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| WILLIAM B. and RYAN B. | CASE NO. 3:16-cv-01402-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| LLOYD B. and TALYA B. | CASE NO. 3:16-cv-01405-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| R.M. and M.M.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. 3:16-cv-01401-MMC<br><br>Complaint Filed: 03/22/2016 |
| PERRY P. and EVAN P.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. 3:16-cv-01400-MMC<br><br>Complaint Filed: 03/22/2016 |
| RICHARD R. and SUSANNA R.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. 3:16-cv-01404-MMC<br><br>Complaint Filed: 03/22/2016 |
| DAGMAR W. and SAMANTHA W..<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. 3:16-cv-01403-MMC<br><br>Complaint Filed: 03/22/2016 |
| CHERYL N. and TRISTAN W.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. 3:16-cv-01406-MMC<br><br>Complaint Filed: 03/22/2016 |

**ORDER**

Good cause being shown in the Parties' Joint Stipulation Regarding the Filing of Documents Applicable to All Related Cases, IT IS HEREBY ORDERED THAT any document that applies to all twelve (12) related cases shall be filed <u>only</u> in the lead action (Case No. 3:12-cv-02819), and are deemed filed in all twelve (12) related cases.

**IT IS SO ORDERED.**

DATED this __22__ day of __July_____, 2016

_____
The Hon. Maxine M. Chesney
United States District Court Judge for the
Northern District of California